# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff )<br>vs. )<br>PHILLIP R. FLEITZ )<br>)<br>)<br>Defendant ) | CR   15-153-2 |

**HEARING ON**   Sentence

Before   Maurice B. Cohill, Jr.

| | |
|---|---|
| Jimmy Kitchen, AUSA. | Stephen Capone, Esquire |
| Appear for Plaintiff | Appear for Defendant |

Hearing Begun:   2/1/16   2:11 p.m.        Court Reporter:  Julie Kienzle

Concluded:                  2:50 p.m.        Law Clerk:     Richard Williams

**Witnesses**

Court finds the offense level is 17; criminal history is II; guideline range of 27-33 months' imprisonment; supervised release of 1 year; fine of $5,000 to $50,000 and a special assessment of $100.

Court sentences Defendant to 27 months' imprisonment, 1 year of supervised release with standard and special conditions of supervision. Fine is waived. Special assessment of $100.

Based on Petition for action on conditions of release filed today, the Court orders defendant taken into custody.